UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **CORE COMMUNICATIONS, INC.,** ) | |
| ) | |
| Plaintiff, ) | Case No. 14-1059 |
| ) | |
| v. ) | |
| ) | |
| **ZAYO BANDWITH NORTHEAST, LLC,** ) | |
| **f/k/a, PPL TELCOM, LLC** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff, Core Communications, Inc., hereby voluntarily dismisses this action without prejudice. This action is being voluntarily dismissed based upon the mooting of all issues, including:

1. The request for Temporary Restraining Order: The transfer of transmission lines to another provider protects the ultimate consumer's internet access; and

2. The request that this Court Compel Arbitration under the Master Services Agreement ("MSA") entered into between the parties: Notification from the American Arbitration Association has confirmed that the AAA is proceeding with the arbitration of the claims that have been submitted pursuant to that MSA.

|  |  |
|---|---|
|  | OFFIT KURMAN |
|  | /s/ Meghan K. Finnerty |
|  | Meghan Finnerty |
|  | Offit Kurman |
|  | Ten Penn Center |
|  | 1801 Market Street, Suite 2300 |
|  | Philadelphia, PA 19103 |
|  | (267)338-1322 |
|  | mfinnerty@offitkurman.com |
|  |  |
|  | CORE COMMUNICATIONS, INC. |
|  | *s/Christopher F. Van de Verg* |
|  | Christopher F. Van de Verg (*Pro Hac Vice*) |
|  | Core Communications, Inc. |
|  | 209 West Street, Suite 302 |
|  | Annapolis, MD 21401 |
|  | Tel. (410) 216-9865 |
| Filed:  April 22, 2014 | *Attorneys for Core Communications, Inc.* |